IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY McFERREN,  :Civil Action No. 05-66E
    Petitioner  :District Judge McLaughlin

    v.  :Magistrate Judge Baxter
SUPERINTENDENT TENNIS, et al.,  :

    Respondents  :

MOTION FOR ENLARGEMENT OF TIME
TO FILE OBJECTION TO REPORT AND RECOMMENDATION

1. Petitioner received the Report and Recommendation on November, 9, 2006, which the Report was dated November 16, 2006.

2. Petitioner asserts the Report and Recommendation consist of 26 pages addressing each of the petitioner's constitutional claims.

3. Petitioner asserts due the complexity of the Constitutional issue's additional time is required to file Objections to the Report. Id.

4. Petitioner asserts he has to maintain full time employment at the prison and cannot be excused to complete the necessary research.

5. Petitioner asserts he is only permitted to attend the law library on thursday evenings and week ends.

6. Petitioner will suffer substantial prejudice and waive issue's if he is not permitted an enlargement of time in which to file objections.

    WHEREFORE, Petitioner respectfully request a 45 day enlargement of time to file the appropriate Objections to the Report and Recommendation until December 21, 2006.

                                Respectfully submitted,

                                Anthony McFerren

CERTIFICATE OF SERVICE

The undersigned, hereby states under the penalty of perjury that he delivered the within document to prison authorities this 13th day of November, 2006, for free inmate postage to the persons indicated below.

CLERK OF COURTS

U.S. DISTRICT COURT
ERIE, PA 16501

District Attorney

Crawford County Courthouse
Meadville, Pa

s/ [signature]