INMATE MAIL
PA DEPT OF
CORRECTIONS

UNITED STATES POSTAGE $ 00.39⁰ NOV 15 2006
0004383958
MAILED FROM ZIP CODE 16823

RECEIVED
NOV 17 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk of Court
United States District Court
U.S. Courthouse
Erie, PA 16501

16501/1155

NAME: Anthony McFearen
NUMBER: AK-7602
BOX A
BELLEFONTE, PA. 16823-0820