IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY McFERREN, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 05-66 Erie |
| v. ) | |
| ) | |
| SUPERINTENDENT TENNIS, et al., ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court on February 25, 2005 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on November 7, 2006, recommended that the petition for writ of habeas corpus be dismissed and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Rockview, where he is incarcerated, and on Respondent. Petitioner subsequently requested and was granted an extension of time until December 21, 2006 in which to file objections to Magistrate Judge Baxter's Report and Recommendation. To date, he has filed no objections. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 26th day of December, 2006,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED and that a certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Baxter, filed on November 7, 2006 is adopted as the opinion of the Court.


          s/   Sean J. McLaughlin
              United States District Judge


cm:    All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge