RECEIVED

DEC 2 6 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk of Courts
U.S. District Court
State Street
Erie, PA 16501