IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY McFERREN,             )
                              )
         Petitioner,          )
                              )  Civil Action No. 05-66 Erie
    v.                        )
                              )
SUPERINTENDENT TENNIS, et al.,)
                              )
         Respondents.         )

## **O R D E R**

AND NOW, this 28th day of December, 2006, after a *de novo* review of the Petitioner's objections [13] filed on December 26, 2006,

IT IS HEREBY ORDERED that said objections are DENIED and the Court's Memorandum Order of December 26, 2006 adopting the Magistrate Judge's Report and Recommendation, dismissing the Petition for Writ of Habeas Corpus, and denying a certificate of appealability [12] stands as entered.


                              s/   Sean J. McLaughlin
                                   United States District Judge


cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge