

Anthony McFerren
AK-7602
P.O. Box A
Bellafonte Pa
16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

7005 1820 0001 9594 1338

RECEIVED
JAN - 5 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerks office
United States District Cou
P.O. Box 1820
Erie Pennsylvania 16507

(certified postage)