IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MCFERREN, ) | |
| Petitioner, ) | |
| ) | |
| V. ) | Civil Action No. 05-66 Erie |
| ) | |
| SUPERINTENDENT TENNIS, et al., ) | |
| Respondent ) | |

## ORDER

AND NOW, this 10th day of January, 2007, upon consideration of the Petitioner's Motion to Vacate Order (document No. 15) of the Magistrate Judge's Report and Recommendation dated November 7, 2006

IT IS HEREBY ORDERED that the said motion is DENIED AS MOOT

S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: all parties of record.nmk