IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY McFERREN,  :Civil Action
    Appellant  :No. 1:05-cv-66

    v.  :
SUPERINTENDENT TENNIS, et al.,  :

    Appellee  :

NOTICE OF APPEAL

Notice is hereby given, that the above named appellant, hereby appeals to the United States Court of Appeal for the Third Circuit, from the final order entered on December 28, 2006, in the United States District Court for the Western District, dismissing the writ of habeas corpus and denying the COA.

s/ *Anthony McFerren*
Anthony McFerren
#AK-7602
Box A.
Bellefonte, Pa 16823

DATED: January 19, 2007

CERTIFICATE OF SERVICE

The undersigned, hereby states under the penalty of perjury, that the within Notice of Appeal was given to prison officials this 19th day of January, 2007, by placing same in the U.S. Mailbox for prepaid postage to the persons indicated below.

CLERK OF COURTS
U.S. DISTRICT COURT

STATE STREET
Erie, Pa 16501

DISTRICT ATTORNEY

Crawford County Courthouse
Meadville, Pa

s/ Anthony McPherson