AK-7602
Box. A.
Bellefonte, PA 16823

Clerk of Courts
U.S. District Court
United States Courthouse
State Street,
Erie, PA 16501

RECEIVED
JAN 26 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA
RECEIVED