IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY McFERREN,           )
    Petitioner,             )
                            )
                            )
vs.                         ) C.A. No. 05-66 ERIE
                            )
SUPERINTENDENT TENNIS,      )
    Respondent.             )



## RULE AND ORDER

AND NOW, this 1st day of April, 2005, after Anthony McFerren presented a petition for a writ of habeas corpus on February 25, 2005,

IT IS ORDERED that the United States Marshal shall make service of this order, together with a copy of the petition, upon the Respondent, the District Attorney of Crawford County, and the Attorney General of the Commonwealth of Pennsylvania.

IT IS FURTHER ORDERED that within twenty days of service of this order, the respondent, and the District Attorney of Crawford County, Pennsylvania shall respond to the allegations of the petition for writ of habeas corpus. The District Attorney shall address all of the following 1) the statute of limitations, 28 U.S.C. § 2254(d)(1)-(2); 2) the exhaustion of state court remedies as required by 28 U.S.C. §§ 2254(b) and Picard v. Connor, 404 U.S. 270 (1971); Rose v. Lundy, 455 U.S. 509 (1982); United States ex. rel. Trantino v. Hatrack, 563 F.2d 86 (3d Cir. 1977); Zicarelli v. Gray, 543 F.2d 466 (3d Cir. 1976), with respect to each claim raised by the Petitioner and, if appropriate, whether any of the claims were procedurally defaulted, and 3) the merits of the petition. The answer shall comply with Rule 5 of the Rules Governing Section

2254 cases in the United States District Courts  The District Attorney shall furnish this court with the state court records, including all transcripts, all briefs filed by the Petitioner, and all written opinions of the state courts/agencies as well as certified copies of the docket sheets of all the state courts/agencies involved.

    IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                          *Susan Paradise Baxter*
                                          SUSAN PARADISE BAXTER
                                          United States Magistrate Judge

cc:       Anthony McFerren #AK-7602
           SCI Rockview
           Box A
           Bellefonte, PA  16823

           Franklin J. Tennis, Superintendent
           District Attorney of Crawford County
           Attorney General of Pennsylvania