UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

December 4, 2007

Crawford County Court House
Clerk of Courts
Patricia Wetherbee
903 Diamond Park
Meadville, PA 16335

Re: COMMONWEALTH v McFERREN
Civil Action No. Our case number 1:05-CV-66
Crawford number 1979-115
1979-116

Dear Sir:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
Jennifer L. Dash
Deputy Clerk

Enclosures